IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES WAGGONER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-743-C |
| | ) | |
| JIM RABON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On August 1, 2011, Judge Purcell entered a Report and Recommendation concluding that because Plaintiff had not paid the filing fee in full, this action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation (Dkt. No. 8) is adopted, Plaintiff's application for leave to proceed in forma pauperis is denied, and this action is dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2011.

ROBIN J. CAUTHRON
United States District Judge